# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:22−cv−01791−CJB−DPC

King v. BP Exploration & Production, Inc. et al  
Assigned to: Judge Carl Barbier  
Referred to: Magistrate Judge Donna Phillips Currault  
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 06/16/2022  
Date Terminated: 10/28/2022  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Harry A. King**     represented by     **Charles David Durkee**  
Downs Law Group, PA  
3250 Mary Street  
Suite 307  
Coconut Grove, FL 33133  
305−444−8226  
Email: ddurkee@downslawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Elsa De Lima**  
Downs Law Group  
3250 Mary Street  
Suite 307  
Miami, FL 33133  
305−444−8226  
Email: edelima@downslawgroup.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP Exploration & Production, Inc.**     represented by     **Scott C. Seiler**  
Liskow & Lewis (New Orleans)  
One Shell Square  
701 Poydras St.  
Suite 5000  
New Orleans, LA 70139−5099  
504−581−7979  
Email: scseiler@liskow.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Catherine Pyune McEldowney**  
Maron Marvel Bradley and Anderson LLC  
1201 North Market Street  
Suite 900  
Wilmington, DE 19801

302–425–5177
Email: cpm@maronmarvel.com
*ATTORNEY TO BE NOTICED*

**Devin C. Reid**
Liskow & Lewis (New Orleans)
One Shell Square
701 Poydras St.
Suite 5000
New Orleans, LA 70139–5099
504–581–7979
Email: dcreid@liskow.com
*ATTORNEY TO BE NOTICED*

**Georgia Lee Lucier**
Hunton Andrews Kurth LLP (Houston)
Chase Tower
600 Travis
Suite 4200
Houston, TX 77002
713–220–4177
Fax: 713–220–4285
Email: georgialucier@HuntonAK.com
*ATTORNEY TO BE NOTICED*

**Kevin Michael Hodges**
Williams & Connolly, LLP
725 12th St., N. W.
Washington, DC 20005–5901
202–434–5221
Email: khodges@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP America Production Company**　　represented by　**Scott C. Seiler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Pyune McEldowney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Devin C. Reid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Georgia Lee Lucier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Michael Hodges**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2022 | Ï 1 | COMPLAINT with jury demand against BP America Production Company, BP Exploration & Production, Inc. (Filing fee $ 402 receipt number ALAEDC–9404990) filed by Harry A. King. (Attachments: # 1 Exhibit A – Election Not to Mediate, # 2 Civil Cover Sheet)Attorney Elsa De Lima added to party Harry A. King(pty:pla).(De Lima, Elsa) (Entered: 06/16/2022) |
| 06/17/2022 | Ï 2 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Donna Phillips Currault. (cc) (Entered: 06/17/2022) |
| 06/17/2022 | Ï 3 | INITIAL PROCEEDINGS CASE MANAGEMENT ORDERS NO.1 AND AMENDED ORDER NO.2. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Settlement Agreement)(cg) (Entered: 06/17/2022) |
| 07/18/2022 | Ï 4 | ANSWER to 1 Complaint, by BP America Production Company, BP Exploration & Production, Inc. Attorney Scott C. Seiler added to party BP America Production Company(pty:dft), Attorney Scott C. Seiler added to party BP Exploraiton & Production(pty:dft).(Seiler, Scott) (Entered: 07/18/2022) |
| 10/27/2022 | Ï 5 | Statement by BP America Production Company, BP Exploration & Production, Harry A. King *Regarding Venue*. (Seiler, Scott) (Entered: 10/27/2022) |
| 10/28/2022 | Ï 6 | Case transferred to Southern District of Alabama. Signed by Magistrate Judge Donna Phillips Currault on 10/28/2022.(cwa) (Entered: 10/28/2022) |

King v. BP Exploration & Production, Inc. et al (2:22−cv−01791−CJB−DPC)